**Affirmed; Opinion Filed December 22, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00754-CR

**OLIVER VERNON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-34899-Y**

## MEMORANDUM OPINION
Before Justices Myers, Nowell, and Evans
Opinion by Justice Myers

Appellant Oliver Vernon was indicted for aggravated sexual assault of a child, alleged to have been committed on or about August 1, 2012. On June 21, 2019, following a jury trial, appellant was found guilty of the lesser-included offense of indecency with a child. The trial court assessed punishment at 13 years in prison.

Appellant's counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes this appeal is frivolous and without merit.

Counsel certifies that she provided appellant with a copy of the brief and the motion to withdraw. The brief meets the requirements of *Anders v. California*, 386

U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*); *see also Arevalos v. State*, 606 S.W.3d 912, 915–16 (Tex. App.—Dallas 2020, no pet.) (citing *High* and concluding *Anders* brief in support of motion to withdraw did not meet requirements of *Anders* and was deficient as to form). We advised appellant of his right to file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel). Appellant responded by filing a pro se brief, but after reviewing that brief and the record, we conclude the brief presents no arguable grounds to advance.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal.

We therefore grant counsel's motion to withdraw and affirm the trial court's judgment.

/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190754F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

OLIVER VERNON, Appellant

No. 05-19-00754-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7, Dallas County, Texas
Trial Court Cause No. F14-34899-Y.
Opinion delivered by Justice Myers. Justices Nowell and Evans participating.

Based on the Court's opinion of this date, the judgment of the trial court is

**AFFIRMED**.

Judgment entered this 22nd day of December, 2020.